**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:       Jennifer Ann Larkins-Ruby v. Austin County, Sealy Independent School District, and Austin County Emergency Services District #1

Appellate case numbers:    01-21-00496-CV

Trial court case number:   2020V-0165

Trial court:               155th District Court of Austin County


Our opinion and judgment in this appeal issued on December 29, 2022. The Court denied appellant Jennifer Larkins-Ruby's motion for rehearing on January 19, 2023. *See* TEX. R. APP. P. 49.1; *see also* TEX. R. APP. P. 19.1(b).

Subsequently, Larkins-Ruby filed three documents on January 19 and 23, 2023. Each document expressly states that it is not a motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.4. Ten days have passed without a response from appellees Austin County, Sealy Independent School District, and Austin County Emergency Services District #1. *See* TEX. R. APP. P. 10.3(a). To the extent these three documents are not motions for rehearing, they are **denied**.

It is so ORDERED.


Judge's signature:   /s/  April L. Farris
                     Acting for the Court

Panel consists of: Justices Goodman, Countiss, and Farris.


Date:  February 17, 2023